Tariff Act of 1930, as amended, but that, for testing purposes, the cost of those cases was added to the appraised values for the blown glass ornaments which the cartons contained. However, in determining the dutiable value of the ornaments for the purpose of assessing ad valorem duties, the cost of the cases was added to the values of the latter. On the record presented, it was held that the blown glass ornaments, contained in 122 cartons of American manufacture, are subject to duty at the appropriate rates under paragraph 218, as modified, on the basis of the unit appraised values, without any further addition for the cost of the containers.

**No. 62375.**—Air Express International Agency, Inc. *v.* United States, protest 295731–K (New York).

Opinion by JOHNSON, J. It was stipulated that if the certificate of exportation had been filed prior to the liquidation of the entry or the expiration of the collector's review period provided for in section 515, the merchandise would have been liquidated free of duty under paragraph 1615, as amended, *supra.* In view of the stipulation and following Abstract 47521, the claim of the plaintiff was sustained.

**No. 62376.**—Air Express Int'l Agency, Inc. *v.* United States, protest 260726–K (New York).

Opinion by JOHNSON, J. It was stipulated that if the certificate of exportation had been filed prior to the liquidation of the entry or the expiration of the collector's review period provided for in section 515, the merchandise would have been liquidated free of duty under paragraph 1615, as amended, *supra.* In view of the stipulation and following Abstract 57104, the claim of the plaintiff was sustained.

**No. 62377.**—Gulf Oil Corp. and J. J. Boll *v.* United States, protest 318501–K (B) (New York).

Opinion by JOHNSON, J. It was stipulated that if the certificate of exportation had been filed prior to the liquidation of the entry or the expiration of the collector's review period provided for in section 515, the merchandise would have been liquidated free of duty under paragraph 1615, as amended, *supra.* In view of the stipulation and following Abstract 53865, the claim of the plaintiffs was sustained.

**No. 62378.**—Ross Products, Inc. *v.* United States, protests 277146–K, etc. (New York).